IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EMANUEL LEVAR GLOVER,

  Plaintiff,

v.

NAVY FEDERAL CREDIT UNION and
MARY MCDUFFIE,

  Defendants.

CIVIL ACTION FILE

No. 1:23-CV-05460-SCJ

## ORDER

This matter appears before the Court its Order of January 18, 2024. Doc. No. [4]. Because Plaintiff has failed to comply with the Court's January 18, 2024 Order, and amend his Complaint to correct the identified deficiencies, in accordance with Local Rules 16.5 and 41.4(A)(2), this Case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with the Court's Order.

IT IS SO ORDERED this 26th day of February, 2024.

_____
HONORABLE STEVE C. JONES
United States District Judge